IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                                       )
   v.                              )  Criminal No. 04-307
                                       )
ROBERT BOOKER               )

<u>ORDER OF COURT</u>

AND NOW, this 18th day of July, 2005, for the reasons stated in the opinion filed this day, IT IS ORDERED that defendant's omnibus motion to suppress evidence and statements (Document No. 22) be, and the same hereby is, denied.

                                                  /s/ Gustave Diamond
                                                  Gustave Diamond
                                                  United States District Judge

cc:  Almon S. Burke, Jr.
     Assistant U.S. Attorney

     Linda E.J. Cohn
     Assistant Fed.Pub. Defender